Js-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE ROGERS, on behalf of himself and others similarly situated,

Plaintiff,

vs.

JET AVIATION FLIGHT SERVICES, INC.; and DOES 1 to 100, inclusive,

Defendants.

Case No. 2:26-cv-06397-JFW-MBKx

*Assigned to the Hon. John F. Walter*

**ORDER REMANDING THE CASE TO STATE COURT**

The Court, having read and considered the Joint Stipulation to Remand the Case to State Court, and good cause appearing therefore, hereby orders as follows:

1.      This Action is hereby remanded to the Superior Court of California for the County of Los Angeles; and

2.      The Parties are to bear their respective attorneys' fees and costs incurred in the removal and remand of this matter.

**IT IS SO ORDERED.**

DATE: July 8, 2026

_____
HON. JOHN F. WALTER